CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEAN FUNDAKOWSKI (CABN 328796)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7014
 FAX: (415) 436-7234
 Email: jean.fundakowski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:26-CR-00034 JD |
| Plaintiff, | ) <br> ) **DETENTION ORDER** |
| v. | ) <br> ) |
| MARLON ALEXANDER SANCHEZ, | ) <br> ) |
| Defendant. | ) <br> ) |

On January 23, 2026, defendant Marlon Alexander Sanchez was charged by Information with Assault by Striking, Beating, or Wounding (a Class A Misdemeanor), in violation of Title 18, United States Code, Section 113(a)(4).

This matter came before the Court on January 23, 2026, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Karthik Raju. Assistant United States Attorney Jean Fundakowski appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required and clear and convincing

DETENTION ORDER
3:26-CR-00034 JD

1

evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: since his arrival in the United States in May 2022, the defendant has been arrested approximately 16 times for various misdemeanor and felony offenses, including robbery, battery, shoplifting, and 6 violations of an active emergency proactive order. He has no fixed address and a record of failing to appear in court, resulting in the issuance of bench warrants in Santa Clara County for failure to appear in April 2025. The frequency of his contacts with law enforcement and the nature of the charge against him alleged in the underlying Information and Complaint, which concerns an unprovoked attack on a Muni bus operator while the bus was driving on a public roadway and passengers were aboard, indicates he poses a threat to the safety of the community. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 26, 2026



HONORABLE SALLIE KIM
United States Magistrate Judge

DETENTION ORDER                                     2
3:26-CR-00034 JD